**Wayne Douglas BUTTS,
Plaintiff–Appellant,**

v.

**Mr. STUBBLEFIELD, Master Jail Officer; Mr. Chase, Sgt./Supervisor Laundry; Mr. Reeves, Sgt./Housing Unit Manager; MR. Fox, Sgt./Hearings Officer; D.L. Simons, Asst. Superintendent, Defendants–Appellees.**

No. 02–7819.

United States Court of Appeals, Fourth Circuit.

Submitted April 17, 2003.

Decided May 28, 2003.

Wayne Douglas Butts, Appellant Pro Se.

Before KING and GREGORY, Circuit Judges, and HAMILTON, Senior Circuit Judge.

Dismissed by unpublished PER CURIAM opinion.

PER CURIAM.

Wayne Douglas Butts appeals the district court's order denying relief on his 42 U.S.C. § 1983 (2000) complaint under 28 U.S.C. § 1915A(b) (2000). We have reviewed the record and find that this appeal is frivolous. Accordingly, we dismiss the appeal on the reasoning of the district court. *See Butts v. Stubblefield*, No. CA–02–873 (E.D. Va. filed Nov. 18, 2002, entered Nov. 19, 2002). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

*DISMISSED.*